FILED
December 20, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NUMBER: 2:12-mj-00346-CKD |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| ROBERT GUERRA, ) | |
| ) | |
| Defendant. ) | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Robert Guerra</u>; Case <u>2:12-mj-00346-CKD</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    X    Release on Personal Recognizance   *report in Reno, US Courthouse 1/7/2013 @ 9:00 am*

    _    Bail Posted in the Sum of _____

    _    Unsecured Appearance Bond in the amount of $ ____

    _    Appearance Bond with 10% Deposit

    _    Appearance Bond secured by Real Property

    _    Corporate Surety Bail Bond

    X    <s>(Other) Pretrial Supervision/Conditions.</s>

Issued at <u>Sacramento, CA</u> on <u>12/20/12</u> at <u>2:30 pm</u>.

By _____
Carolyn K. Delaney
United States Magistrate Judge

cc: USM